# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4132

_____

| | | |
|---|---|---|
| Cheryl Denton, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Ashland Oil, Inc., a Kentucky | * | District of Minnesota. |
| corporation, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: July 7, 1999

Filed:

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Cheryl Denton appeals following the district court's[1] grant of summary judgment in favor of Ashland Oil, Inc., in Ms. Denton's action to recover for personal injuries arising from her fall on the premises owned by SuperAmerica Group, a division of Ashland. After de novo review of the record and the parties' submissions, see Do v.

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

Wal-Mart Stores, 162 F.3d 1010, 1012 (8th Cir. 1998) (per curiam), we conclude the district court correctly granted summary judgment in Ashland's favor. We also conclude a comprehensive opinion in this diversity case would lack precedential value. We thus affirm the district court's ruling without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.